THE ROCKFORD HOUSING AUTHORITY, Plaintiff-Appellee, *v.* CLAUDE J. BROWN, d/b/a B & H AUTO SALES, Defendant-Appellant.

(No. 73-302; )

Second District (2nd Division)—March 3, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Pedderson, Menzimer, Conde, Stoner, Ferolie, Spelman & Killoren, of Rockford (Dale F. Conde, of counsel), for appellant.

Thomas, Thomas & Maggio, of Rockford, for appellee.